# Court of Appeals
# of the State of Georgia

ATLANTA,  February 17, 2021

*The Court of Appeals hereby passes the following order:*

## A21A0884. NATHANIEL GREENE v. THE STATE.

Nathaniel Greene pled guilty to multiple offenses, including voluntary manslaughter. He later filed a motion for out-of-time appeal. The trial court denied the motion, and Greene filed a notice of appeal.[1] We lack jurisdiction because the appeal is untimely.

A notice of appeal must be filed within 30 days after entry of the order to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, the trial court entered its order on September 17, 2020, and Greene filed his notice of appeal on October 21, which was 34 days later. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/17/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Greene directed his appeal to the Supreme Court, which transferred the case to this Court. See Case No. S21A0490 (Dec. 21, 2020).